**Lewis FLOYD, Movant, v. COMMONWEALTH of Kentucky, Opposed.**

Court of Appeals of Kentucky.

January 13, 1948.

Sandusky & Krueger and Fritz Krueger for movant.

Eldon S. Dummit, Attorney General, and H. K. Spear, Assistant Attorney General, opposed.

PER CURIAM.

Motion for an appeal from the Pulaski Circuit Court. Judgment of conviction for selling intoxicating liquor in local option territory and imposing fine of $100 and 30 days in jail.

Appeal denied; Judgment affirmed.

**L. B. EVERETT, movant, v. Walter BRUCKERT, opposed.**

Court of Appeals of Kentucky.

January 23, 1948.

Appeal from Jefferson Circuit Court, Common Pleas Branch, 2nd Division; B. H. Farnsley, Judge.

Lillian B. Everett, in pro. per.

James Boswell Young opposed.

PER CURIAM.

Appellant's motion to file additional record is sustained. She sought judgment against appellee for $288.75, but the court denied recovery and dismissed her petition.

Her motion for an appeal is denied and judgment affirmed.